AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2025 AUG -6 AM 10: 04
MARGARET BOTKINS, CLERK
CASPER

# UNITED STATES DISTRICT COURT
for the

RANDALL THOMAS BAILEY
_Petitioner_

v.

Case No. 25-CV-182-SWS
_(Supplied by Clerk of Court)_

WILLIAM KIRLIN AND UNITED STATES
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: RANDALL THOMAS BAILEY
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: PLATTE COUNTY DETENTION CENTER
   (b) Address: 850 MAPLE STREET
      WHEATLAND, WY. 82201
   (c) Your identification number: 96 875
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: I AM CHALLENGING THE DENIAL OF PRE-TRIAL RE-LEASE, U.S. DISTRICT COURT FOR THE DISTRICT OF WYOMING
   (b) Docket number, case number, or opinion number: 25-CR-115-SWS
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: PRE-TRIAL DETENTION, LACK OF PRE-TRIAL BOND OR RELEASE, BASED UPON THE 1984 LAW.
   (d) Date of the decision or action: JULY 15, 2025

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: I DID HAVE 4 SEPERATE STATE BAIL HEARING MODIFICATION REQUESTS PRIOR TO TRANSFER TO PCDC.
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: IT IS MY UNDERSTANDING IN READING BOTH LEXIS/NEXIS, WEST DOCUMENTS, AND MANUALS IN THE PCDC THAT THIS IS THE CORRECT PATH TO REQUEST A BAIL MODIFICATION. I HAVE ASKED THIS OF MY ATTORNEY, WHO AGREED BUT DID NOT FILE. THE MANUALS OF PCDC ARE OUT OF DATE - 2008 - BUT I SEEK EITHER A 18 USCS 3142 OR THE APPROPRIATE 314X THAT IS APPLICABLE
   (b) If you answered "No," explain why you did not appeal: I ASKED MY ATTORNEY, AND HE FAILED TO, I HAVE BEEN WAITING FOR A LONG TIME, NOW I OFFER/ REQUEST THIS PRO SE, AND I WISH TO PRESENT EVIDENCE

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal:
    N/A

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes     ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal:
    N/A

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes     ☒ No

    If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
  ☐ Yes    ☒ No
  If "Yes," provide:
  (1) Name of court:
  (2) Case number:
  (3) Date of filing:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
  Does this case concern immigration proceedings?
  ☐ Yes    ☒ No
  If "Yes," provide:
 (a)  Date you were taken into immigration custody:
 (b)  Date of the removal or reinstatement order:
 (c)  Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes    ☐ No

      If "Yes," provide:
      (1) Date of filing:
      (2) Case number:
      (3) Result:
      (4) Date of result:
      (5) Issues raised:

  (d)  Did you appeal the decision to the United States Court of Appeals?
      ☐ Yes      ☒ No
      If "Yes," provide:
      (1) Name of court:
      (2) Date of filing:
      (3) Case number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** BOTH THE STATE REPORT AND BAIL REPORT FROM PARK COUNTY (CODY) WY. CONTAINED ERRORS AND WERE EXCESSIVE. IN RESEARCH, NO BAIL OVER 450,000$ HAS BEEN REQUESTED EXCEPT FOR MURDER AND ONLY 3 ABOVE 450,000 IN

(a) Supporting facts (Be brief. Do not cite cases or law.): 20 YEARS. AGAIN, INVESTIGATING OFFICER HAS PREVIOUSLY LIED ON A WARRANT, AND ONLY 2 BAILS HAVE EXCEEDED $450,000 DOLLARS IN OVER 15 YEARS. I AM ACCUSED OF A NON-VIOLENT EVENT.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** THE FEDERAL PRE-ARRAIGNMENT ASSESSMENT RATED ME THE LOWEST RISK.

(a) Supporting facts (Be brief. Do not cite cases or law.): IN THE TELEPHONE INTERVIEW CONDUCTED WITH ME PRESENT AT PCDC, I WAS JUDGED THE LOWEST RISK, 0 = ZERO RISK

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** THE BAIL REFORM ACT OF 1984 VERBIAGE - " IF THE GOVERNMENT DEMONSTRATED BY CLEAR AND CONVINCING EVIDENCE THAT NO RELEASE CONDITIONS WOULD REASONABLY ASSURE THE SAFETY OF ANY OTHER PERSON AND THE COMMUNITY

(a) Supporting facts (Be brief. Do not cite cases or law.): DEFENDANT WAS NOT ALLOWED TO PRESENT EVIDENCE OF THE FALSE AND EMOTIONAL, NOT FACT BASED EVIDENCE AGAINST HIM. MANY PERJURIES THAT CAN BE PROVED, WERE ALLOWED IN JOEY DARRAHS AND BOBBIE QUERFIELDS COURT IN OBTAINING THE QOP AND INDICTMENT.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** OPINION, NOT FACT IS THE BASIS OF THIS CASE. JUDGE AND POLICE HAVE THREATENED AND PERJURED THEM SELVES.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
OPPORTUNITY IS NEEDED TO PRESENT EVIDENCE OF THIS MIS-CONDUCT.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: NO OPPORTUNITY FOR PRESENTATION BEFORE NOW.

### Request for Relief

15. State exactly what you want the court to do: I COME PRO SE SEEKING A BAIL MODIFCATION AND RELEASE. MY READING INDOCATES A 18 USC 3142 OR SUCH TITLE IS APPLICABLE TO A PRE-TRIAL DETAINEE.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

7-31-25, BUT THE OFFICER DID NOT TAKE THE 2241 FROM ME UNTIL 8-1, AND PLACE IT INTO, NOR OFFER THE ENVELOPE. 12:00 NOON

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-31-25 22:40

ACTUALLY: 12:00 NOON
8-1-25

Signature of Petitioner

Signature of Attorney or other authorized person, if any